**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6290**

———————————

In Re:  CARL WASHINGTON,

                                        Petitioner.

———————————

On Petition for Writ of Mandamus.
(CR-98-825, CA-01-4249-3-19)

———————————

Submitted:  May 30, 2002          Decided:  June 6, 2002

———————————

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Carl Washington, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carl Washington petitions the court for a writ of mandamus, 28 U.S.C. § 1651 (1994), directing the district court to order discovery in a 28 U.S.C.A. § 2255 (West Supp. 2001) proceeding. Mandamus is a drastic remedy to be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Consequently, the party seeking mandamus relief carries the heavy burden of showing he has no other adequate means to attain the relief he desires, and that his right to such relief is clear and indisputable. Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980) (citations omitted). Mandamus cannot be used as a substitute for an appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Washington has not met the applicable burden. Accordingly, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2